**Order entered April 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00396-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-7655-S

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition to the extent it seeks relief against the trial court and **DISMISS** the petition to the extent it seeks relief against the presiding judge of the administrative region. We **ORDER** that relator bear the costs of this original proceeding.

/s/ ELIZABETH LANG-MIERS
   JUSTICE